UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEE W. COLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | No. CV-06-0214-CI<br><br>ORDER GRANTING JOINT MOTION<br>FOR STIPULATED REMAND<br>PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 23). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7). After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will further evaluate the opinions of Andrew B. Forsyth, Ph.D. (Tr. 444-444A, 445-460), Alan Bostwick, Ph.D. (Tr. 500-507), the State agency physicians (Tr. 344-351), and the State agency psychologist (Tr. 352-355, 356-369) and will state the weight accorded to these

ORDER GRANTING MOTION FOR STIPULATED REMAND - 1

opinions. The ALJ will further evaluate whether Plaintiff's impairments, singly or in combination, meet or equal any listing; the ALJ will reassess Plaintiff's mental impairments and residual functional capacity; and the ALJ will obtain evidence from a vocational expert to determine whether Plaintiff can perform his past relevant work and, if not, whether Plaintiff can perform other jobs that exist in significant numbers in the national economy. The ALJ will afford Plaintiff the opportunity for a hearing and to submit additional evidence and testimony.

**IT IS FURTHER ORDERED:**

1. The parties' joint Motion for Remand **(Ct. Rec. 23)** is **GRANTED**.

2. Judgment shall be entered for the PLAINTIFF.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED March 21, 2007.

                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION FOR STIPULATED REMAND - 2