UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LEE W. COLLINS, )
        Plaintiff, )
           v. ) NO. CV-06-214-CI
MICHAEL J. ASTRUE, ) **JUDGMENT IN A**
Commissioner of Social Security, ) **CIVIL CASE**
        Defendant. )
_____ )

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

DATED this 21st day of March.

                                            JAMES R. LARSEN
                                            District Court Executive/Clerk

                                            s/ L. Stejskal
                                            Deputy Clerk